BEFORE THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| Nelson L. Bruce, | Case No.: 23-1785 |
| Appellant(s) | |
| v. | MOTION FOR EXTENSION OF TIME |
| T-Mobile USA, Inc. | |
| Appellee(s) | |

Comes now Appellant, **Nelson L. Bruce** respectfully, with his motion and request for a **twenty-one (21) day extension** of time in which to file his informal opening brief. The current due date is August 24, 2023. This motion is not being presented to cause unnecessary delay, or for any other improper purpose. This requested enlargement of time is much needed as Appellant has just finished working on another filing in another case (Case No.: 2:22-cv-02211-BHH-MGB) for a different matter in the District Court For the District of South Carolina which was completed as of August 17, 2023, therefore Appellant will need additional time to draft up an informal opening appeal brief to properly address this matter.

**WHEREFORE,** Appellant respectfully requests that the court grant Appellants motion for an enlargement of time for good cause shown and set the new deadline for Appellant to provide his Informal opening brief due date to August 14, 2023. Done this 21st day of August, 2023.

**RESPECTFULLY PRESENTED**,                              "Without Prejudice"

/s/ Nelson L. Bruce
Nelson L. Bruce, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-308
c/o 144 Pavilion Street, Summerville, South Carolina 29483
ph. 843-437-7901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically mailed to all parties on the service list through the courts electronic notification system and has been mailed to all parties on the service list **via the: UNITED STATES POST OFFICE via the UNITED STATES POSTAL SERVICE via First Class mail. Dated this 21st day of August, 2023.**

**SENT TO:**

K&L Gates LLP
Attention: Loly Garcia Tor
One Newark Center, Tenth Floor
Newark, NJ 07102
*Attorney for Appellee T-Mobile USA, Inc.*

"Without Prejudice"

/s/ Nelson L. Bruce
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-308
c/o 144 Pavilion Street, Summerville, South Carolina [29483]
Phone: 843-437-7901
Email: leonbruce81@yahoo.com